## **STATEMENT OF FACTS**

      On Friday, July 8, 2005, at about 5:40 p.m., sworn officers with the Metropolitan Police Department's Major Narcotics Branch were in the 1800 block of Benning Road, N.E., Washington, D.C. when they saw two subjects involved in what appeared to be narcotics transactions. After receiving a lookout for the subjects, officers stopped the defendant, Trevell Hicks, and one of the subjects from the lookout. Officers told the defendant that they were going to do a pat down for their safety, at which time the defendant reached for his waistband area. Officers secured the defendant and patted him down, at which time they recovered a loaded Hi-Point .40 caliber handgun from the defendant's waistband. Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Trevell Hicks has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in U.S. District Court for the District of Maryland (Greenbelt), Criminal Case No. 98-CR-00286. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge, there are no Hi-Point .40 caliber handguns manufactured in the District of Columbia.

_____
DETECTIVE SCOTT BROWN
MAJOR NARCOTICS BRANCH, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JULY, 2005.


_____
U.S. MAGISTRATE JUDGE